UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ZACHARY JOSHUA POPPER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:15-cv-1116
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

### ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on March 10, 2016. (ECF No. 18.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff's statement of errors is **SUSTAINED** and this case is **REMANDED** to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.

IT IS SO ORDERED.

_5-5-2016_
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE